# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:20-cv-00035-RWS-CAN |
| | § | |
| **UNIFIN, INC.** | § | |
| **and JOHN/JANE DOES 1-5,** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

Plaintiff Craig Cunningham and Defendant Unifin, Inc. (collectively, the "Parties") notify the Court that they have reached an agreement in principle to settle this matter. Accordingly, the Parties respectfully ask the Court to (1) vacate all case deadlines and (2) provide the Parties with 14 days to memorialize the terms of their settlement and exchange consideration in contemplation of the same – after which time this case will be voluntarily dismissed.

.

Respectfully Submitted,
/s/ Leland Garrett McRae
Leland Garrett McRae
Attorney-at-Law
SBN: 24086374
1150 N. Loop 1604 W., Suite 108 – 461
San Antonio, Texas 78248
Telephone:  (210) 569-0434
Email:  leland@lelandmcrae.com

*Attorney for Plaintiff, Craig Cunningham*

Respectfully Submitted,
/s/ *Charles R. Penot, Jr.*
Charles R. Penot, Jr.
TX Bar No. 24062455
Sessions, Fishman, Nathan & Israel
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3009
Facsimile: (214) 741-3098
Email: cpenot@sessions.legal

*Attorney for Defendant,*
*Unifin, Inc.*