**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **CRAIG CUNNINGHAM,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:20-cv-00035-RWS-CAN |
| § | |
| UNIFIN, INC. § | |
| and JOHN/JANE DOES 1-5, § | |
| § | |
| Defendants. § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this civil action, plaintiff, Craig Cunningham, and defendant, Unifin, Inc., hereby stipulate to the dismissal of the above-styled case with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Leland G. McRae*
Leland G. McRae
TX Bar No. 24086374
Law Office of Leland Garrett McRae
1150 N. Loop 1604 W, Suite 108-461
San Antonio, TX 78248
Telephone: (210) 569-0434
Facsimile: (210) 493-6080
Email: leland@lelandmcrae.com

*Attorney for Plaintiff*

/s/ *Charles R. Penot, Jr.*
Charles R. Penot, Jr.
TX Bar No. 24062455
SESSIONS, FISHMAN, NATHAN & ISRAEL
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3009
Facsimile: (214) 741-3098
Email: cpenot@sessions.legal

*Attorney for Defendant,
Unifin, Inc.*