**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:20-CV-00035-RWS-CAN |
| v. | § § | |
| UNIFIN INC., | § § | |
| Defendant. | § § | |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that above-captioned cause is **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 8th day of July, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE